IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN DIXON, III.,

       Petitioner,                    No. 2:10-cv-3030 KJN P

    vs.

MIKE McDONALD, Warden,

       Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

////

////

1

 1        2. The Clerk of the Court is directed to send petitioner a copy of the in forma
 2   pauperis form used by this district.
 3   DATED: November 15, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

 7   dixo3030.101a