IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN DIXON, III,

    Petitioner,                   No. 2:10-cv-3030 KJN P

    vs.

MIKE McDONALD, Warden,

    Respondent.                ORDER

_____/

        Plaintiff has consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By an order filed November 16, 2010, petitioner was ordered to file a new application to proceed in forma pauperis within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not responded to the court's order and has not filed a new application to proceed in forma pauperis.

        However, on November 16, 2010, petitioner's letter dated November 11, 2010, was docketed. (Dkt. No. 4.) Petitioner provided a copy of prison officials' refusal to send the $5.00 filing fee to the court without the accompanying petition for writ of habeas corpus, claiming that the petition and the check "must be sent to the court altogether so [the] court knows reason for check." (Dkt. No. 4 at 4.) Petitioner asked the court to return the cover page of the

1

1  petition to him as he mailed it to the court on November 7, 2010, and did not know his court case
2  number.
3      Good cause appearing, petitioner is granted an extension of time in which to
4  provide the filing fee. The Clerk of the Court is directed to send petitioner a copy of the first six
5  pages of the petition (dkt. no. 1 at 1-6) to present to prison officials. Petitioner is cautioned,
6  however, that failure to comply with this order will result in the dismissal of this action.
7      IT IS HEREBY ORDERED that:
8      1. Petitioner is granted thirty days to pay the appropriate filing fee; and
9      2. The Clerk of the Court is directed to send petitioner a copy of the first six
10 pages of the petition. (Dkt. No. 1 at 1-6.)
11 DATED: December 17, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

15 dixo3030.osc