IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY DEAN DIXON, III,

    Petitioner,                   No. 2:10-cv-3030 KJN P

    vs.

MIKE McDONALD, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding without counsel. On March 23, 2011, respondent filed a motion for leave to file amended answer. Good cause appearing, IT IS HEREBY ORDERED that

        1. Respondent's March 23, 2011 motion to file an amended answer is granted.

        2. The Clerk of the Court is directed to detach respondent's Amended Answer and file it as a separate docket entry.

        3. Petitioner's reply, if any, shall be filed twenty-eight days after this order, and shall be directed to respondent's amended answer filed March 23, 2011.

DATED: March 30, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dixo3030.amd